IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA, | ) | REDACTED |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06- 09 |
| DENNIS DIEHL, | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Counts 1 -5

From on or about May 2, 2005, through on or about June 12, 2005, in the District of Delaware, Dennis Diehl, the defendant, knowingly received and attempted to receive child pornography, that is, computer generated visual depictions in the form of video files which are of minors engaged in sexually explicit conduct, which child pornography had been transported in interstate and foreign commerce by computer, the dates being described more particularly, as follows:

| Count | Date Received | |
|---|---|---|
| 1 | May 2, 2005 |  |
| 2 | May 3, 2005 | |
| 3 | June 6, 2005 | |
| 4 | June 11, 2005 | |
| 5 | June 12, 2005 | |

in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

## Count 6

On or about July 8, 2005, in the District of Delaware, Dennis Diehl, the defendant, knowingly attempted to transport by computer in interstate commerce child pornography, that is, computer generated visual depictions in the form of graphic files which are of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252A(a)(1) and (b)(1).

## Count 7

On or about July 8, 2005, in the District of Delaware, Dennis Diehl, the defendant, knowingly possessed a computer hard drive that contained images of child pornography, that is, visual depictions which are of minors engaged in sexually explicit conduct, specifically, actual and simulated sexual intercourse and the lascivious exhibition of the genitals and pubic area, which child pornography had been transported in interstate commerce and which had been produced using materials which had been transported in interstate commerce, in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## Counts 8 - 12

From on or about May 2, 2005, through on or about June 12, 2005, in the District of Delaware, Dennis Diehl, the defendant, knowingly received visual depictions, that is, computer video files, that depict computer images that are or appear to be of minors engaging in graphic sexual intercourse; that lack serious literary, artistic, political, or scientific value; and that had been transported in interstate and foreign commerce by any means, including by computer, and which had been produced using materials that have been shipped or transported in interstate or foreign commerce, the dates being described more

2

particularly, as follows:

| _Count_ | _Date Received_ |
|---------|-----------------|
| 8 | May 2, 2005 |
| 9 | May 3, 2005 |
| 10 | June 6, 2005 |
| 11 | June 11, 2005 |
| 12 | June 12, 2005 |

in violation of Title 18, United States Code, Sections 1466A(a)(2)(A) and (B), and 2252A(b)(1).

A TRUE BILL:


Foreman


COLM F. CONNOLLY
United States Attorney

By

Edmond Falgowski
Assistant United States Attorney

Dated: 2 - 2 - 06



3