IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06- 09 |
| ) | |
| DENNIS DIEHL, ) | |
| ) | |
| Defendant. ) | |

### MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant for the arrest and apprehension of Dennis Diehl, pursuant to an Indictment returned against him by the Federal Grand Jury on February 2, 2006.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated:   February 2, 2006

AND NOW, this __2__ day of __February__, 2006, upon the foregoing Motion, IT IS ORDERED that an arrest warrant issue for the arrest and apprehension of ~~Dennis Diehl~~ the defendant

FILED
FEB 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
Honorable Mary Pat Thynge
United States Magistrate Judge