IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR No. 06-09 |
| | ) | |
| DENNIS DIEHL, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO UNSEAL
## INDICTMENT AND FILE

The United States of America, by and through its undersigned attorney, Edmond Falgowski,

Assistant United States Attorney for the District of Delaware, moves that the indictment and file in the

above-captioned case be unsealed.

COLM F. CONNOLLY
United States Attorney

BY: _____
Edmond Falgowski
Assistant United States Attorney

Dated:

IT IS SO ORDERED this __6th__ day of __Feb_____, 2006.

_____
HONORABLE GREGORY M. SLEET
United States District Court