AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ DELAWARE _____

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| DENNIS DIEHL | Case Number: CR 06-09-UNA |

To: The United States Marshal
and any Authorized United States Officer

~~SEALED~~ unsealed 2/6/06

YOU ARE HEREBY COMMANDED to arrest _____ **DENNIS DIEHL** _____
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

charging him or her with   (brief description of offense)

RECEIPT OF CHILD PORNOGRAPHY BY COMPUTER ( COUNTS I THRU V );
POSSESSION OF CHILD PORNOGRAPHY ( COUNT VI );
ATTEMPTED TRANSMISSION OF CHILD PORNOGRAPHY BY COMPUTER ( COUNT VII );
TRANSMISSION OF OBSCENITY BY COMPUTER ( COUNT VIII THRU XII )

in violation of Title ____18____ United States Code, Section(s) ____2252A(a)(1)____

PETER T. DALLEO
Name of Issuing Officer

BY: _[signature]_ ; DEPUTY CLERK
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

FILED
FEB -7 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

WILMINGTON, DE
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2-6-06 | TANEKA S. HARRIS, SPECIAL AGENT | _[signature] Taneka S. Harris_ |