IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 06-009-SLR |
| | ) |
| DENNIS DIEHL, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 4th day of May, 2006;

IT IS ORDERED that a telephone conference is scheduled for **Tuesday, May 16, 2006** at **4:00 p.m.**, with the court initiating said call.

                                                            _____
                                                            United States District Judge