IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Crim. No. 06-009-SLR |
| DENNIS DIEHL, ) | |
| Defendant. ) | |

### NOTICE OF MOTION FOR RESCHEDULING TELECONFERENCE

TO:   Edmond Falgowski, Esquire
      Assistant United States Attorney
      United States Attorney's Office
      1007 Orange Street
      Suite 700
      P.O. Box 2046
      Wilmington, DE 19899-2046

      **PLEASE TAKE NOTICE** that the within Motion For Rescheduling Teleconference will be presented to This Honorable Court at the convenience of the Court.

                                  Louis B. Ferrara, Esquire
                                  **FERRARA, HALEY, BEVIS & COLLINS**
                                  1716 Wawaset Street
                                  P.O. Box 188
                                  Wilmington, DE 19899-0188
                                  Attorney For Defendant

Dated: 05/16/2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 06-009-SLR |
| | ) |
| DENNIS DIEHL, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR RESCHEDULING TELECONFERENCE**

This is Defendant's Motion To Reschedule Teleconference between The Honorable Sue L. Robinson and counsel which had been scheduled for Tuesday, May 16, 2006 at 4:00 p.m. to the rescheduled date and time of **Wednesday, May 24, 2006 at 4:00 p.m.,** with the Court initiating the call.

**WHEREFORE,** Defendant respectfully requests the Court to enter an Order permitting the rescheduling of this Teleconference as referenced above.

_____
Louis B. Ferrara, Esquire
**FERRARA, HALEY, BEVIS & COLLINS**
1716 Wawaset Street
P.O. Box 188
Wilmington, DE 19899-0188
Attorney For Defendant

Dated: 05/16/2006

**IT IS TO ORDERED** this _____ day of _____, A.D., 2006.

_____
J.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 06-009-SLR |
| | ) |
| DENNIS DIEHL, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I, Louis B. Ferrara, attorney for Defendant, do hereby certify that I caused two (2) copies of the attached **Notice, Motion For Rescheduling Teleconference & Order** to be hand delivered upon:

> Edmond Falgowski, Esquire
> Assistant United States Attorney
> United States Attorney's Office
> 1007 Orange Street
> Suite 700
> P.O. Box 2046
> Wilmington, DE 19899-2046

> _/s/ Louis B. Ferrara_
> Louis B. Ferrara, Esquire
> **FERRARA, HALEY, BEVIS & COLLINS**
> 1716 Wawaset Street
> P.O. Box 188
> Wilmington, DE 19899-0188
> Attorney For Defendant

Dated: 05/16/2006