IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 06-009-SLR |
| | ) |
| DENNIS DIEHL, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR RESCHEDULING TELECONFERENCE**

This is Defendant's Motion To Reschedule Teleconference between The Honorable Sue L. Robinson and counsel which had been scheduled for Tuesday, May 16, 2006 at 4:00 p.m. to the rescheduled date and time of **Wednesday, May 24, 2006 at 4:00 p.m.**, with the Court initiating the call.

**WHEREFORE**, Defendant respectfully requests the Court to enter an Order permitting the rescheduling of this Teleconference as referenced above.

_____
Louis B. Ferrara, Esquire
**FERRARA, HALEY, BEVIS & COLLINS**
1716 Wawaset Street
P.O. Box 188
Wilmington, DE 19899-0188
Attorney For Defendant

Dated: 05/16/2006

**IT IS TO ORDERED** this ___16th___ day

of ___May___, A.D., 2006.

_____
J.