# FERRARA, HALEY, BEVIS & COLLINS
### ATTORNEYS AT LAW

LOUIS B. FERRARA, P.A.
JAMES J. HALEY, JR.
ANTONIA S. BEVIS*
PATRICK J. COLLINS
*ALSO ADMITTED IN PA

1716 WAWASET STREET
P.O. BOX 188
WILMINGTON, DELAWARE 19899
(302) 656-7247   TELEPHONE
(302) 656-8053   TELECOPIER

June 6, 2006

The Honorable Sue L. Robinson
United States District Court
844 North King Street
Lock Box 31
Wilmington, DE 19801

      Re:    **United States of America v. Dennis Diehl**
               **Criminal Action No.: 06-09-SLR**

Dear Judge Robinson:

      Following our Teleconference on May 24, 2006 at 4:00 p.m., I was able to speak with my client Dennis Diehl. On his behalf and with his permission, I am waiving his right to a speedy Trial. It is my understanding that the Court is scheduling this matter for a plea on August 3, 2006 at 4:30 p.m. I further understand that an Order to that effect will be forthcoming from the Court.

                              Respectfully submitted,

                              Louis B. Ferrara

LBF/mrm

    cc:    Edmond Falgowski, Esquire
            Assistant United States Attorney
            United States Attorney's Office