IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 06-009-SLR |
| | ) | |
| DENNIS DIEHL, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 8th day of June, 2006, having been advised by counsel that defendant intends to change his plea of not guilty to guilty and that defendant has agreed to waive his right to a speedy trial;

IT IS ORDERED that:

1. A change of plea hearing is scheduled for **Thursday, August 3, 2006** at **4:30 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. The time between this order and the **August 3, 2006** change of plea hearing shall be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A).

United States District Judge