IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 06-009-SLR |
| | ) |
| DENNIS DIEHL, | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington this 31st day of July, 2006,

IT IS ORDERED that the change of plea hearing scheduled for **August 3, 2006** is **cancelled** and **rescheduled** to **Wednesday, August 23, 2006 at 2:00 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　United States District Judge