

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

Nemours Building  (302) 573-6277
1007 Orange Street, Suite 7100  FAX (302) 573-6220
P.O. Box 2046
Wilmington, Delaware 19899-2046

August 21, 2006

Honorable Sue L. Robinson
Chief Judge
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware

    Re: **United States v. Dennis Diehl**
        <u>**Criminal Action No. 06-09-SLR**</u>

Dear Chief Judge Robinson:

    On August 23, 2006, the defendant is scheduled to enter a guilty plea to receiving child pornography, in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1), which carries a mandatory minimum period of five years incarceration. Pursuant to 18 U.S.C. § 3143(a) and 3145(c), the Court must detain the defendant pending sentencing unless "it is clearly shown that there are exceptional reasons why such person's detention would not be appropriate." Section 3145(c).

    At the change of plea hearing, the United States will ask that the defendant be detained pending sentencing. It is the Government's understanding that the defendant and his counsel will not challenge detention pending sentencing.

                                                  Respectfully,

                                                  COLM F. CONNOLLY
                                                  United States Attorney

                                        By:
                                                  Edmond Falgowski
                                                  Assistant United States Attorney

pc:   Louis B. Ferrara, Esquire

EF:slb