*Filed in open cart*
*FmT 8/23/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-09-SLR |
| ) | |
| DENNIS DIEHL, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OF PLEA AGREEMENT**

Pursuant to discussions between the United States of America, by and through its attorney, Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and on behalf of and with the consent and knowledge of Colm F. Connolly, United States Attorney for the District of Delaware, and the defendant, Dennis Diehl, by and through the defendant's attorney, Louis B. Ferrara, Esquire, the following agreement is hereby entered into by the respective parties:

1. The defendant shall enter a guilty plea to Count I of the Indictment, charging the receipt of child pornography, a violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1), which carries a maximum penalty of not less than five years and not more than 20 years imprisonment, a $250,000.00 fine, three years supervised release, or any or all of the above, and a special assessment of $100. At sentencing the Government will move to dismiss the remaining counts of the Indictment.

2. The defendant acknowledges that the elements of the offense are as follows:

   a. Acting knowingly

   b. the defendant received in interstate commerce

      c.    child pornography, defined as a visual depiction of a minor engaged in an actual or simulated sex act and/or the lascivious exhibition of the genitals.

3.    The defendant agrees to pay the special assessment on the day of sentencing. If the Court orders the payment of any fine as part of the defendant's sentence, the defendant agrees voluntarily to enter the Inmate Financial Responsibility Program through which the Bureau of Prisons will collect a portion of the defendant's prison salary and apply it on the defendant's behalf to the payment of the outstanding debt ordered.

4.    The United States agrees that in consideration of the defendant's timely guilty plea, the Government will recommend a three point reduction in the Offense Level for the defendant's affirmative acceptance of responsibility, pursuant to Sentencing Guideline Section 3E1.1.

5.    The defendant agrees to forfeit to the United States all computer hardware, software, and storage mediums that were seized pursuant to a search warrant executed at the defendant's home on or about July 8, 2005.

6.    The defendant understands that at sentencing the District Court must consult the United States Sentencing Guidelines ("U.S.S.G.") and take them into account in exercising its discretion to determine the appropriate sentence and must also consider the other factors bearing on an appropriate sentence pursuant to 18 U.S.C. § 3553(a). The defendant further understands that the Government will ask the Court to calculate the appropriate sentence under the U.S.S.G. and to impose a sentence consistent with the U.S.S.G.

7.    The defendant agrees to submit, prior to sentencing, to a sex offense specific evaluation, commonly known as the Psycho-Sexual Assessment. A qualified mental health professional experienced in evaluating, treating, and managing sexual offenders, such as a member of the Association for the Treatment of Sexual Abusers (ATSA) will conduct the evaluation. The defendant

agrees to submit to all evaluation procedures at the direction of the treatment provider, including but not limited to an Abel Assessment for Sexual Interests, and/or other risk and treatment program plan assessment procedures, if the treatment provider deems them necessary.

8.  It is further agreed by the parties that this Memorandum supersedes all prior promises, representations, and statements of the undersigned parties; that this Memorandum may be modified only in writing signed by all the parties; and that any and all promises, representations and statements made prior to or after this Memorandum are null and void and have no effect whatsoever, unless they comport with the subsequent written modification requirements of this paragraph.

COLM F. CONNOLLY
United States Attorney

_____         By: _____
Louis B. Ferrara, Esquire                    Edmond Falgowski
Attorney for Defendant                       Assistant United States Attorney

_____
Dennis Diehl
Defendant

Dated: 8-23-06

AND NOW this 23d day of August, 2006, the foregoing Memorandum of Plea Agreement is hereby (accepted) (rejected) by this Court.

_____
HONORABLE SUE L. ROBINSON
United States District Judge