# FERRARA HALEY BEVIS & COLLINS
### ATTORNEYS AT LAW

LOUIS B. FERRARA, P.A.  
JAMES J. HALEY, JR.  
ANTONIA S. BEVIS*  
PATRICK J. COLLINS*  
*ALSO ADMITTED IN PA

1716 WAWASET STREET  
P.O. BOX 188  
WILMINGTON, DELAWARE 19899  
(302) 656-7247    TELEPHONE  
(302) 656-8053    TELECOPIER

August 23, 2006

The Honorable Sue L. Robinson  
United States District Court  
844 North King Street  
Lock Box 31  
Wilmington, DE 19801

Re: **United States of America v. Dennis Diehl**  
**Criminal Action No.: 06-09-SLR**

Dear Judge Robinson:

Following Mr. Diehl's Change of Plea Hearing on August 23, 2006, I came back to my office to check my availability for his Sentencing Hearing scheduled for Tuesday, November 21, 2006 at 4:30 p.m.

I find that I am scheduled to appear in a Superior Court Civil Trial, but will ask the Court's permission to leave that Court early, enabling me to be present on the date and time of Defendant's Sentencing Hearing in U.S. District Court.

Respectfully yours,

Louis B. Ferrara

LBF/mrm

cc: Edmond Falgowski, Esquire  
    Assistant United States Attorney  
    United States Attorney's Office

Mr. Dennis Diehl