IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 06-09-SLR |
| DENNIS DIEHL, | ) | |
| Defendant. | ) | |

**MOTION AND ORDER TO DISMISS**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts Two through Twelve of the Indictment as it relates to the defendant, pursuant to the Memorandum of Plea Agreement dated August 23, 2006.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: November 21, 2006

IT IS SO ORDERED this _____ day of ___November___, 2006.

_____
HONORABLE SUE L. ROBINSON
United States District Court